IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 2:22-cr-852 |
| ) | |
| v. ) | 18 U.S.C. § 2 |
| ) | 18 U.S.C. § 922(g)(1) |
| ) | 18 U.S.C. § 924(a)(2) |
| ) | 18 U.S.C. § 924(c)(1)(A)(i) |
| ) | 18 U.S.C. § 924(d)(1) |
| ) | 18 U.S.C. § 924(e) |
| **ANTWON RASHAD BROWN,** ) | 21 U.S.C. § 841(a)(1) |
| a/k/a/ "Blee" ) | 21 U.S.C. § 841(b)(1)(D) |
| ) | 21 U.S.C. § 846 |
| ) | 21 U.S.C. § 853 |
| **ANTONIO SHAMAR FYALL III** ) | 21 U.S.C. § 881 |
| ) | 28 U.S.C. § 2461(c) |
| ) | |
| | **INDICTMENT** |
| | **(Sealed)** |

## COUNT ONE
**(Conspiracy to Possess with Intent to Distribute and Distribution of Controlled Substance)**

**THE GRAND JURY CHARGES:**

Beginning at a time unknown to the grand jury, but at least in May 2021, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the Defendants, **ANTWON RASHAD BROWN, a/k/a/ "Blee," and ANTONIO SHAMAR FYALL, III,** knowingly and intentionally did combine, conspire, agree and have tacit understanding with each other and with others, both known and unknown to the grand jury, to knowingly, intentionally, and unlawfully possess with intent to distribute and distribute marijuana, a Schedule I controlled substance;

The amount involved in the conspiracy attributable to each Defendant as a result of the Defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to the Defendant, is:

| DEFENDANT | CONTROLLED SUBSTANCE(S) | PENALTY SECTION(S) |
|---|---|---|
| **ANTWON RASHAD BROWN, a/k/a "Blee"** | Less Than 50 kilograms of Marijuana | 21 U.S.C. § 841(b)(1)(D) |
| **ANTONIO SHAMAR FYALL, III** | Less Than 50 kilograms of Marijuana | 21 U.S.C. § 841(b)(1)(D) |

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### (Possession of a Firearm by a Felon)

**THE GRAND JURY FURTHER CHARGES:**

On or about July 22, 2021, in the District of South Carolina, the Defendant, **ANTWON RASHAD BROWN, a/k/a/ "Blee,"** knowingly possessed firearms and ammunition in and affecting commerce, to wit, a Diamondback Arms, model DB - 15 pistol and 5.56 NATO ammunition and a Taurus, model PT111, 9mm pistol and 9mm ammunition, having been previously convicted a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## COUNT THREE
### (Possession with Intent to Distribute a Controlled Substance)

**THE GRAND JURY FURTHER CHARGES:**

On or about July 22, 2021, in the District of South Carolina, the Defendant, **ANTWON RASHAD BROWN, a/k/a/ "Blee,"** knowingly, intentionally, and unlawfully did possess with the intent to distribute a quantity of marijuana, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT FOUR

**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

**THE GRAND JURY FURTHER CHARGES:**

On or about July 22, 2021, in the District of South Carolina, the Defendant, **ANTWON RASHAD BROWN, a/k/a/ "Blee,"** knowingly did possess a firearm in furtherance of a drug trafficking crime, as set forth in Count Two, which is prosecutable in a Court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FIVE
**(Possession with Intent to Distribute a Controlled Substance)**

**THE GRAND JURY FURTHER CHARGES:**

On or about July 16, 2022, in the District of South Carolina, the Defendant, **ANTWON RASHAD BROWN, a/k/a/ "Blee,"** knowingly, intentionally, and unlawfully did possess with the intent to distribute a quantity of marijuana, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

3

## **FORFEITURE**

FIREARM/DRUG OFFENSES:

Upon conviction for felony violations of Title 18 and Title 21, United States Code, as charged in this Indictment, the Defendants, **ANTWON RASHAD BROWN, a/k/a/ "Blee,"** and **ANTONIO SHAMAR FYALL III**, shall forfeit to the United States all of the Defendants' rights, title, and interest in and to any property, real and personal,

(a) constituting, or derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

(b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code;

(c) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

  (1) used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of controlled substances or any proceeds traceable to such property;

  (2) involved in or used in any knowing violations of 18 U.S.C. §§ 922 or 924, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for offenses charged in this Indictment includes, but is not limited to, the following:

4

A. Real Property:

(1) 1304 Sherwood Drive
Charleston, SC 29407
Parcel Number: 350-08-00-064
Titled in the name of: Antwon Brown

(2) Tract Fiddlers Cove (1.921 Acres)
Oconee County, SC
Parcel Number: 06-02-03-001
Titled in the name of: Antwon Brown

B. Firearms:

(1) Diamondback Arms, model DB - 15 pistol
Serial Number: DB-1829998

(2) Taurus, model PT111, 9mm pistol
Serial Number: 1C010272

C. Ammunition:

(1) Miscellaneous rounds of 9mm ammunition

(2) Miscellaneous rounds of 5.56 NATO ammunition

D. Proceeds/ Forfeiture Judgment:

A sum of money equal to all property the Defendants obtained as a result of the drug offenses charged in the Indictment, and all interest and proceeds traceable thereto as a result of their violations of 21 U.S.C. §§ 841 and 846.

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendants:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third person;
(c) has been placed beyond the jurisdiction of the Court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

5

It is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of Defendants up to an amount equivalent to the value of the above-described forfeitable property.

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A ___TRUE___ BILL

FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Christopher Lietzow (# 12301)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Tel.: (843) 727-4381
Fax.: (843) 727-4443
Email: christopher.lietzow@usdoj.gov

6